# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL FINK, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | NO. 08-5816 |
| v. | : | |
| | : | |
| GLOBAL EMPLOYMENT SOLUTIONS, INC., | : | |
|     Defendant. | : | |

## **ORDER**

AND NOW, this 28th day of April, 2010, for the reasons stated in the foregoing Memorandum, Defendant's Motion for Summary Judgment (Doc. No. 28) is DENIED without prejudice.

A. Any pretrial motions, including motions in limine, shall be filed within fourteen (14) days.

B. A final pretrial telephone conference will be held on Tuesday, May 25, 2010, at 4:45 p.m. Plaintiff's counsel will initiate the call, and when all parties are on the line, call chambers at 267.299.7520. At that time, a trial pool date will be set.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

A:\Fink v. Global - MSJ Order.wpd